# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                                    )
KARINA ROJAS VARGAS,                )
                                    )
            Petitioner,             )
                                    )       Civil Action
v.                                  )       No. 20-10722-PBS
                                    )
STEVEN SOUZA, Superintendent,       )
                                    )
            Respondent.             )
_____)
```

## ORDER

MAY 7, 2020

Saris, D.J.

This matter originated with the filing of a habeas petition by Petitioner Karina Rojas Vargas seeking relief pursuant to the Court's declaratory judgment in Reid v. Donelan, 390 F. Supp. 3d 201 (D. Mass. 2019). Docket No. 1. Petitioner filed a Notice of Voluntary Dismissal Without Prejudice stating that on May 6, 2020, the Department of Homeland Security released Petitioner from ICE custody on bail pursuant to an Order entered in Savino v. Souza, No. 20-10617-WGY. Docket No. 12.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. SO ORDERED.

/s/ PATTI B. SARIS
Patti B. Saris
United States District Judge